UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MARVIN NICHOLSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:07-CV-274 |
| v. | ) | *Mattice / Lee* |
| | ) | |
| CITY OF CHATTANOOGA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is the motion of Plaintiff, through attorney Robin Flores ("Flores"), to allow attorney John Wolfe ("Wolfe") to withdraw from representation of Plaintiff and to substitute Flores as the sole attorney of record in this matter [Doc. 20]. For cause, Flores represents Plaintiff terminated the representation of Wolfe. Defendants have not objected to the motion. Plaintiff's motion [Doc. 20] is accordingly **GRANTED**.

SO ORDERED.

ENTER:

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE